1  SUSAN HEANEY HILDEN, ESQ., Bar # 5358
   LITTLER MENDELSON, P.C.
2  50 West Liberty Street
   Suite 400
3  Reno, NV  89501.1944
   Telephone:   775.348.4888
4  Fax No.:       775.786.0127

5  Attorneys for Defendants
   SAFEWAY STORES INCORPORATED, SAFEWAY INC., RUTH
6  KEMPER, and AMY KENNEY

7

8                       UNITED STATES DISTRICT COURT

9                             DISTRICT OF NEVADA

10

11 | ANGEL FLORES,
12 |          Plaintiff,              | Case No. 3:13-cv-00172-RCJ-WGC
13 | vs.
14 | SAFEWAY STORES INCORPORATED, a   | **STIPULATION FOR DISMISSAL WITH**
   | Nevada corporation; SAFEWAY INC., a | **PREJUDICE; ORDER**
15 | Delaware corporation; RUTH KEMPER,
   | an individual; AMY KENNEY, an
16 | individual; DOES A-J, individuals; and
   | ROE CORPORATIONS 1-10; inclusive,
17 | jointly and severally,
18 |          Defendants.
19

20       IT IS HEREBY STIPULATED between Plaintiff Angel Flores, and Defendants

21 SAFEWAY STORES INCORPORATED, SAFEWAY INC., RUTH KEMPER, and AMY KENNEY

22 ("Defendants"), by and through their designated counsel of record, that this case and each

23 and every  cause of action be  dismissed in its entirety  against Defendants, with prejudice,

24 ///

25
   ///
26

27 ///

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

with each party to bear their own costs and attorneys' fees.

Dated: August 28, 2013                          Dated: August 28, 2013


/s/                                             /s/
MICHAEL J. MORRISON, ESQ.                       SUSAN HEANEY HILDEN, ESQ.
                                                LITTLER MENDELSON, P.C.
Attorney for Plaintiff
ANGEL FLORES                                    Attorneys for Defendants
                                                SAFEWAY STORES INCORPORATED,
                                                SAFEWAY INC., RUTH KEMPER, and AMY
                                                KENNEY


**IT IS SO ORDERED this** \_\_28th\_\_ **day of** \_\_August\_\_, 2013.

_____
**DISTRICT COURT JUDGE**


Firmwide:122752526.1 001153.1601

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888