SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
Telephone:   775.348.4888
Fax No.:   775.786.0127

Attorneys for Defendants
SAFEWAY STORES INCORPORATED, SAFEWAY INC., RUTH
KEMPER, and AMY KENNEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL FLORES, | |
| Plaintiff, | Case No. 3:13-cv-00172-RCJ-WGC |
| vs. | |
| SAFEWAY STORES INCORPORATED, a Nevada corporation; SAFEWAY INC., a Delaware corporation; RUTH KEMPER, an individual; AMY KENNEY, an individual; DOES A-J, individuals; and ROE CORPORATIONS 1-10; inclusive, jointly and severally, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff Angel Flores, and Defendants

SAFEWAY STORES INCORPORATED, SAFEWAY INC., RUTH KEMPER, and AMY KENNEY

("Defendants"), by and through their designated counsel of record, that this case and each

and every  cause of action be  dismissed in its entirety  against Defendants, with prejudice,

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

1  with each party to bear their own costs and attorneys' fees.

2

3  Dated:  August 28, 2013                    Dated:  August 28, 2013

4

5  _____/s/_____          _____/s/_____

6  MICHAEL J. MORRISON, ESQ.          SUSAN HEANEY HILDEN, ESQ.
                                      LITTLER MENDELSON, P.C.

7  Attorney for Plaintiff
   ANGEL FLORES                       Attorneys for Defendants

8                                     SAFEWAY STORES INCORPORATED,
                                      SAFEWAY INC.,  RUTH KEMPER, and AMY

9                                     KENNEY

10

11 **IT IS SO ORDERED this** _____28th_____ **day of** _____August_____, **2013.**

12

13

14 **DISTRICT COURT JUDGE**

15

16
   Firmwide:122752526.1 001153.1601
17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888